# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (JKS) |
| Debtor. | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATION STATUS REPORT** |
| Plaintiff, | : Adv. Proc. No.: 19-50319 (JKS) |
| v. | |
| George T. Iwahiro, et al., | |
| Defendants. | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

| | |
|---|---|
| \_\_\_\_\_ | Mediation sessions are scheduled to occur on |
| \_\_\_\_\_ | A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time. |
| __X__ | OTHER: Mediation sessions took place on March 12, 2021. The mediator continues to work with the parties to resolve the matter. |

Dated: May 14, 2021

    */s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801