# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | ) ) ) ) ) | Case No. 17-12560 (JKS) (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br>　　　　　　　　　　　Plaintiff,<br><br>vs. | ) ) ) ) ) ) ) ) ) | |
| Sylvan & Jeannette Jutte, | ) | Adv. Pro. No. 19-50308 (JKS) |
| Brian & Robin Korkus, | ) | Adv. Pro. No. 19-50309 (JKS) |
| Delton & Jean Christman, | ) | Adv. Pro. No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, | ) | Adv. Pro. No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | ) | Adv. Pro. No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | ) | Adv. Pro. No. 19-50322 (JKS) |
| Janet V. Dues, | ) | Adv. Pro. No. 19-50328 (JKS) |
| Dena Falkenstein, | ) | Adv. Pro. No. 19-50329 (JKS) |
| Judy Karen Goodin, | ) | Adv. Pro. No. 19-50330 (JKS) |
| Denis W. Hueth, | ) | Adv. Pro. No. 19-50331 (JKS) |
| Christian Lester, | ) | Adv. Pro. No. 19-50332 (JKS) |
| Jane Marshall, | ) | Adv. Pro. No. 19-50335 (JKS) |
| Laurence J. Nakasone, | ) | Adv. Pro. No. 19-50337 (JKS) |
| Blaine Phillips, | ) | Adv. Pro. No. 19-50338 (JKS) |
| Jeff Schuster, | ) | Adv. Pro. No. 19-50341 (JKS) |
| Jennifer Tom, | ) | Adv. Pro. No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | ) | Adv. Pro. No. 19- 50343 (JKS) |
| Anita Bedoya & Julian Duran, | ) | Adv. Pro. No. 19-50344 (JKS) |
| Ronald Cole, | ) | Adv. Pro. No. 19-50346 (JKS) |
| Ronald Draper, | ) | Adv. Pro. No. 19-50347 (JKS) |
| Lawrence J. Paynter, | ) | Adv. Pro. No. 19-50351 (JKS) |
| Nannette Tibbitts, | ) | Adv. Pro. No. 19-50353 (JKS) |
| Clayton Nakasone,<br>　　　　　　　　　　　Defendants. | ) ) | Adv. Pro. No. 19-50832 (JKS) |

**ORDER**

Upon consideration of the Defendants' *Request for Oral Argument* on *Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants* (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The *Request for Oral Argument* is hereby granted pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

2. Oral argument on the Motion will be held on September 24, 2021, at 1:00 p.m. prevailing Eastern Time, on Zoom. All parties wishing to appear must do so by registering at the following link:

https://debuscourts.zoomgov.com/meeting/register/vJItd-uprDwoE5ZezN7Xrrff-5afQQVebSU